In the Matter of CAPITAL NEWSPAPERS DIVISION OF THE HEARST CORPORATION et al., Appellants, v CITY OF ALBANY et al., Respondents.

Submitted May 3, 2010; decided May 6, 2010

Motion by Advance Publications, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of CUNNTREL A. and Others. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JERMAINE D.A., Appellant, et al., Respondent.

Submitted March 8, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.